**Order entered September 12, 2022**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

**No. 05-22-00545-CV**

### IN THE INTEREST OF O.T.F. AND R.A.T., CHILDREN

**On Appeal from the 255th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-14-06650**

### ORDER

The reporter's record in this appeal was due July 11, 2022. When it had not been filed by July 19, 2022, we directed court reporter LaToya Young-Martinez to file, no later than August 18, 2022, the record, written verification no hearings were recorded, or written verification appellant had not requested the record. To date, Ms. Young-Martinez has not complied. Accordingly, we **ORDER** Ms. Young-Martinez to file the record or requested verification **no later than September 27, 2022.** *We notify appellant that if we receive verification the reporter's record has not been requested, we will order the appeal submitted without the reporter's record. See* TEX. R. APP. P. 37.3(c).

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Kim Cooks, Presiding Judge of the 255th Judicial District Court; Ms. Young-Martinez; and, the parties.

/s/ BONNIE LEE GOLDSTEIN
   JUSTICE